## Case No. 7,766.

### KILLINGLY v. TAYLOR.

[1 Cranch, C. C. 99.] [1]

Circuit Court, District of Columbia. Nov. Term, 1802.

INTEREST—BALANCE OF ACCOUNT—DISCRETION OF JURY—GENERAL USAGE.

The jury may, or may not allow interest upon the balance of an account.

THE COURT instructed the jury that if they were satisfied that the balance of the account was due as stated they might allow interest or not as they should judge proper, considering what was the general usage on that subject.